# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 123

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| GEORGE JONATHAN STANLEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 12, 2018, the U.S. Pretrial Services Office filed a Violation Report and the Court signed a warrant application [# 17]. On February 26, 2018, Defendant was arrested.

On February 28, 2018, the Court held a plea hearing and accepted Defendant's guilty plea. After Defendant's plea hearing, the Government moved to dismiss the Violation Report.

Finding good cause, the Court **ORDERS** that the Government's oral motion to dismiss the Violation Report is **GRANTED**. The Violation Report is **DISMISSED** [# 17].

Signed: March 1, 2018

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge